IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRECE JEFFERSON,

    Plaintiff,                  No. CIV S-10-2037 EFB P

    vs.

M.E. PALOMBO,

    Defendant.               ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

    Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

    Accordingly, it is hereby orderd that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

////

////

1

1     3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: August 10, 2010.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE